Case: 8:00-cr-00357-JFB-TDT   Document #: 97-1   Date Filed: 02/02/2007   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | 8:00CR357 |
| LUIS RIVAS, | ) | |
| | ) | |
| Defendant. | ) | |

07-mj-01019

This matter comes before the Court upon Motion of the United States for an Order revoking the Magistrate's order for release on conditions of February 1, 2007, in the District of Colorado and a stay of said order pending review by this Court. The Court being fully advised in the premises finds that the motion should be granted.

It is therefore ordered that the District of Colorado Magistrate's order for release on conditions of February 1, 2007 shall be and is revoked. The defendant shall be taken into custody by the United States Marshal and returned to this District as soon as possible for further proceedings.

Dated this 2nd day of February, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
U.S. District Court

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronically filed with the US District Court for the District of Nebraska.
Date Filed: 2/2/07
OFFICE OF THE CLERK
By: Deputy Clerk

16:18 FEB02'07 USMSNE